**THE LEGAL AID SOCIETY CIVIL**

Foreclosure Prevention and Homeowner Preservation Project

| | |
|---|---|
| 153-01 Jamaica Avenue, Suite 202 | 260 E. 161st Street |
| Jamaica, New York 11432 | Bronx, New York 10451 |
| (718) 286-2450 | (646) 991-4758 |
| www.legal-aid.org | |

January 30, 2025

The Honorable Vera M. Scanlon
U.S. District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

      **Re:**    **Joint Settlement Status Letter**
              *Campbell v. Solar Mosaic, LLC, et al., 24-cv-06208 (LDH-VMS)*

Dear Judge Scanlon

      On December 17, 2024, Plaintiff Claver Campbell, through her attorneys the Legal Aid Society, Defendants Solar Mosaic, LLC and WebBank, through their attorneys Sheppard Mullin, and Defendants SUNCo Capital LLC, ATTYX Utah LLC, and ATTYX LLC, through their attorneys Forchelli, Deegan, Terrana, LLP (collectively "the Parties"), appeared before the Honorable LaShann DeArcy Hall for a status conference. At that status conference, the Parties agreed to engage in settlement discussions and as a result, Judge DeArcy Hall stayed all motions for 45 days, ordering the Parties to submit a joint settlement status letter no later than January 31, 2025.

      On December 30, 2024, Plaintiff's counsel provided via email a settlement demand letter to both counsels for Defendants. On January 29, 2025, counsel for Defendant SUNco provided via email a counteroffer settlement letter to Plaintiff's counsel. On January 29, 2025, counsel for Defendants Solar Mosaic and WebBank provided via email a letter response to Plaintiff's counsel's settlement offer.

      The Parties request that the date on which the Parties are to provide the Court a settlement status update be extended until February 28, 2025 or a date the Court prefers, in order for the Parties to engage in settlement negotiations.

                                    Respectfully submitted,

                                    */s/ Elizabeth M. Lynch*
                                    Elizabeth M. Lynch
                                    The Legal Aid Society
                                    153-01 Jamaica Ave, Suite 202
                                    Jamaica, NY 11432
                                    *Attorneys for Plaintiff Claver Campbell*

**Justice in Every Borough.**

Page 2

*[signature: Sophia J. Cahill]*
_____
Sophia Cahill
Sheppard Mullin
12275 El Camino Real, Suite 100
San Diego, CA 92130
*Attorneys for Defendants Solar Mosaic, LLC and WebBank*

*[signature: David A. Loglisci]*
_____
David A. Loglisci
Forchelli Deegan Terrana LLP
333 Earle Ovington Blvd, Suite 1010
Uniondale, NY 11553
*Attorneys for Defendants SUNCo Capital LLC, ATTYX Utah LLC, and ATTYX LLC*