**THE LEGAL AID SOCIETY CIVIL**

Foreclosure Prevention and Homeowner Preservation Project

153-01 Jamaica Avenue, Suite 202
Jamaica, New York 11432
(718) 286-2450
www.legal-aid.org

260 E. 161st Street
Bronx, New York 10451
(646) 991-4758

**Via ECF**

April 11, 2025

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4H North
Brooklyn, New York 11201

      Re: *Campbell v. Solar Mosaic, LLC, et al.* (EDNY 24-cv-06208)

Dear Judge DeArcy Hall,

      The Legal Aid Society represents Plaintiff Claver Campbell in the above-referenced action. We write, jointly with the undersigned counsel for defendants SUNco Capital, LLC, ATTYX Utah LLC, and ATTYX LLC (collectively the "SUNco Defendants"), and for defendants, Solar Mosaic LLC ("Mosaic") and WebBank, to respectfully request an Order in response to the February 28, 2025 joint status letter (ECF Doc. # 39).

      In particular, on November 8, 2025, Mosaic filed a motion to compel arbitration and stay this action pending arbitration. (ECF Doc. # 27). On November 7, 2024, SUNco submitted a pre-motion letter request to file a motion to compel arbitration and stay this action (ECF Doc. # 26).

      Plaintiff seeks to conference this matter before Magistrate Scanlon, in accordance with the recommendation made by the Court to the parties on December 17, 2024, and given that only two settlement discussions have occurred so far.

      Defendants' position is that the parties have been unable to resolve the dispute and that Plaintiff's second settlement demand was at least the same as, if not higher than, her first demand and, regardless, the parties are so far apart that the Magistrate's assistance would be futile at this point. Plaintiff disagrees with Defendants' position that her second offer was higher. Defendants request that the Court issue an order authorizing the SUNco Defendants to file their motion to compel arbitration and dismiss, and that the Court set a deadline for the filing of this motion and any amended motion to compel arbitration and stay, if any, by Mosaic and WebBank, and that the Court otherwise set a coordinated briefing schedule and hearing date for these related motions. Thank you for your consideration.

**Justice in Every Borough.**

Page 2

Respectfully submitted by,

    */s/ Claire Mooney*
Claire Mooney
THE LEGAL AID SOCIETY
153-01 Jamaica Ave, Suite 202
Jamaica, NY 11432
*Attorneys for Plaintiff*
*Claver Campbell*

    */s/ Robert J. Guite*
Robert J. Guite
Sophia L. Cahill
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Defendants*
*Solar Mosaic LLC and WebBank*

    */s/ David A. Loglisci*
David A. Loglisci
FORCHELLI DEEGAN TERRANA LLP
333 Earle Ovington Blvd, Suite 1010
Uniondale, NY 11553
*Attorneys for Defendants*
*SUNCo Capital LLC, ATTYX Utah LLC, and ATTYX LLC*