UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAVER CAMPBELL,<br><br>                Plaintiff,<br><br>-against-<br><br>SOLAR MOSAIC, LLC; SUNCO CAPITAL, LLC; ATTYX UTAH LLC; ATTYX LLC; and WEBBANK,<br><br>                Defendants. | Case No.: 1:24-CV-06208 (LDH) |

**SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

**PLEASE TAKE NOTICE THAT** on June 6, 2025, defendant Solar Mosaic LLC, and certain of its direct and indirect subsidiaries (collectively, the "Debtors"), filed a voluntary petition (a copy of which is attached hereto as **Exhibit A**) for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1330 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") as Case No. 25-90155. The Debtors' chapter 11 cases, including the defendant's case, are being jointly administered under *In re Mosaic Sustainable Finance Corporation*, Case No. 25-90156 (Bankr. S.D. Tex. (Hou.)). In accordance with the automatic stay provision of section 362 of the Bankruptcy Code, the above-captioned lawsuit which seeks to recover a claim against a debtor which arose before the petition date is stayed and cannot be prosecuted, nor can any judgment be rendered against a debtor, absent an order of the Bankruptcy Court.

All subsequent communications and documents relating to this matter should be sent to counsel for the Debtors: Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, Texas 77002, Attn: Charles Persons (charlespersons@paulhastings.com) and Schlea Thomas (schleathomas@paulhastings.com); Paul Hastings LLP, 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606, Attn: Matthew Murphy (mattmurphy@paulhastings.com) and Michael Jones (michaeljones@paulhastings.com).

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail to THE LEGAL AID SOCIETY, Attn: Claire Mooney, 153-01 Jamaica Ave, Suite 202, Jamaica, NY 11432.

[*Remainder of Page Intentionally Left Blank.*]

DATED: June 10, 2025    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/Robert J. Guite
Robert J. Guite, NY State Bar No. 6059141
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
rguite@sheppardmullin.com

Shannon Z. Petersen, Cal Bar No. 211426
(*Pro Hac Vice*)
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691
spetersen@sheppardmullin.com

*Attorneys for Defendants SOLAR MOSAIC LLC and WEBBANK*