

**THE LEGAL AID SOCIETY**
**CIVIL**

**Foreclosure Prevention and Homeowner Preservation Project**

153-01 Jamaica Avenue, Suite 202    260 E. 161st Street
Jamaica, New York 11432             Bronx, New York 10451
(718) 286-2450                      (646) 991-4758
www.legal-aid.org

March 13, 2026

The Honorable Clay H. Kaminsky
U.S. District Court
Eastern District of New York
225 Cadman Plaza East, 504 North
Brooklyn, NY 11201

   **Re:**  **Joint Status Report**
      *Campbell v. Solar Mosaic, LLC, et al., 24-cv-06208 (LDH-CHK)*

Dear Judge Kaminsky,

  Plaintiff Claver Campbell and Defendants Solar Mosaic, LLC, WebBank, SUNCo Capital LLC, ATTYX Utah LLC and ATTYX LLC (the "Parties") submit this joint status report to apprise the Court of the status of the settlement of this matter, in response to your Order dated January 30, 2026.

  As outlined in our last status report, the Parties executed a settlement agreement effective on January 27, 2026 (the "Settlement Agreement"). Under the Settlement Agreement, the Parties were to take certain measures within 30 days of the effective date of that agreement before filing a stipulation to discontinue this action.

  Plaintiff and Defendants SUNCo Capital LLC, ATTYX Utah LLC and ATTYX LLC have completed their performances that came due within 30 days of the effective date of the agreement. Defendants Solar Mosaic, LLC and WebBank are finalizing their performances.

  The Parties respectfully request an additional 30 days for Defendants Solar Mosaic LLC and WebBank to complete their performances under the Settlement Agreement so that the Parties may then file a stipulation discontinuing this action.

       Respectfully submitted,

       */s/ Jennifer N. Levy*
       Jennifer N. Levy, Esq.
       The Legal Aid Society
       153-01 Jamaica Ave, Suite 202
       Jamaica, NY 11432
       *Attorneys for Plaintiff Claver Campbell*

**Justice in Every Borough.**

_/s/ Robert Guite_____
Robert Guite, Esq.
Sheppard Mullin
12275 El Camino Real, Suite 100
San Diego, CA 92130
*Attorneys for Defendants Solar Mosaic, LLC*
*and WebBank*


_/s/ David A. Loglisci_____
David A. Loglisci
Forchelli Deegan Terrana LLP
333 Earle Ovington Blvd, Suite 1010
Uniondale, NY 11553
*Attorneys for Defendants SUNCo Capital LLC,*
*ATTYX Utah LLC, and ATTYX LLC*

**Justice in Every Borough.**